UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>          Plaintiff-Respondent,<br><br>v.<br><br>BRITTANY ANN PRALLE,<br><br>          Defendant-Petitioner. | Civil No. 07-CV-1892-L<br>Criminal No. 04-CR-683-L<br><br>**ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* and REQUIRING RESPONSE TO MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE** |

On June 8, 2007, petitioner, proceeding *pro se*, filed in the United States District Court for the Central District of California a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by person in federal custody. On September 26, 2007, the Honorable Gary A. Feess dismissed petitioner's first, second and fourth claims for relief and transferred her third claim for relief to the United States District Court for the Southern District of California as a motion under 28 U.S.C. § 2255.

Petitioner has filed a motion to proceed *in forma pauperis*. But petitioner is not required to pay a filing fee for a motion under § 2255.

Accordingly, **IT IS ORDERED** denying petitioner's motion to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** respondent shall file and serve a responsive

memorandum not later than **November 7, 2007**.  The response shall include any and all documents relevant to the determination of the issues in the motion.

**IT IS FURTHER ORDERED** that if the petitioner wishes to reply to the respondent's responsive memorandum, a reply must be filed not later than **November 30, 2007**, at which time the Court will deem the motion under submission.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve a copy of petitioner's motion together with a copy of this Order on the United States Attorney or an authorized representative, 880 Front Street, Room 6293, San Diego, CA 92101.

**IT IS SO ORDERED.**

DATED: October 10, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101

Brittany Ann Pralle
90095-198
P.O. Box 5100
Adelanto, CA 92301